IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| OWENS CORNING SALES, LLC, and OWENS CORNING MINERAL WOOL, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. ) |
| AREA IMPIANTI S.p.A., | ) ) |
| Defendant. | ) |

## DISCLOSURE OF CORPORATE INTERESTS

COMES NOW Defendant Area Impianti S.p.A., by and through counsel, and submits the following disclosure in compliance with Federal Rule of Civil Procedure 7.1:

Area Impianti S.p.A. does not have any parent corporations, subsidiaries, or affiliates that have issued shares to the public.

SANDERS WARREN RUSSELL & SCHEER LLP

*/s/ Randy P. Scheer*
Randy P. Scheer #37214
S. Jacob Sappington #51810
1949 E. Sunshine, Suite 2-102
Springfield, Missouri 65804
Telephone: (417) 281-5100
Facsimile: (417) 281-5199
E-mail: r.scheer@swrsllp.com
j.sappington@swrsllp.com
ATTORNEYS FOR DEFENDANT

# CERTIFICATE OF SERVICE

Undersigned counsel certifies that this original document was signed by the preparing attorney and will be maintained by the filer for a period not less than the maximum allowable time to complete the appellate process.

Defendant, by and through the undersigned counsel, certifies that a true copy of the above document was served via ( ) U.S. Mail, postage prepaid, ( ) facsimile, ( ) electronic notification, (X) e-mail, and/or ( ) hand delivery, this 2nd day of February, 2018, upon:

Michael D. Textor, MO#45675
LATHROP GAGE LLP
910 E. St. Louis Street, Ste. 100
Springfield, MO 65806
Telephone: (417) 886-2000
Facsimile: (417) 886-9126
E-Mail: mtextor@lathropgage.com
**ATTORNEY FOR PLAINTIFF**

                          */s/ Randy P. Scheer*
                          Attorney