IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| OWENS CORNING SALES, LLC, ) <br> a Delaware Limited Liability Company, ) <br> and OWENS CORNING MINERAL ) <br> WOOL, LLC, a Delaware Limited ) <br> Liability Company, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AREA IMPIANTI S.p.A., ) <br> ) <br> Defendant. ) | Case No. 6:18-cv-3038 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COME NOW Defendant Area Impianti S.p.A., by and through undersigned counsel, and respectfully moves for an order granting an extension of 14 days, up to and including February 23, 2018 to file responsive pleadings to Plaintiffs' complaint. Area Impianti S.p.A. submits the following support:

1. Plaintiffs filed their Petition on December 26, 2017 in the Circuit Court of Greene County, Missouri.

2. Defendant Area Impianti S.p.A. was served on January 3, 2018.

3. Defendant Area Impianti S.p.A. filed its timely Notice of Removal to this Court on February 2, 2018.

4. Pursuant to Rule 81(c)(2)(C), Defendant has seven (7) days (or until February 9, 2018) from the date Defendant removed the case to this Court to file a responsive pleading to Plaintiffs' complaint.

5. Defendant Area Impianti S.p.A. and relevant documents and witnesses are located in Italy.

6. Counsel for Defendant Area Impianti S.p.A. was just recently retained and additional time is needed to obtain and review the necessary documents and case information, to evaluate and prepare a proper response to Plaintiffs' complaint. Plaintiffs will not be prejudiced by the requested extension.

7. Defendant respectfully requests an extension of 14 days, up to and including February 23, 2018, to file responsive pleadings to Plaintiffs' complaint.

8. Defendant's counsel has contacted Plaintiffs' counsel regarding this motion, and Plaintiff does not oppose Defendant's request for a 14 day extension.

9. No prior extensions have been requested.

WHEREFORE, Defendant respectfully requests this Court grant an extension of time up to and including February 23, 2018 to file its responsive pleadings and for such other and further relief the Court deems just and proper.

**SANDERS WARREN RUSSELL & SCHEER LLP**

*/s/ Randy P. Scheer*
Randy P. Scheer #37214
S. Jacob Sappington #51810
1949 E. Sunshine, Suite 2-102
Springfield, Missouri 65804
Telephone: (417) 281-5100
Facsimile: (417) 281-5199
E-mail: r.scheer@swrsllp.com
j.sappington@swrsllp.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      Undersigned counsel certifies that this original document was signed by the preparing attorney and will be maintained by the filer for a period not less than the maximum allowable time to complete the appellate process.

      Defendant, by and through the undersigned counsel, certifies that a true copy of the above document was served via ( ) U.S. Mail, postage prepaid, ( ) facsimile, ( ) electronic notification, (X) e-mail, and/or ( ) hand delivery, this 2nd day of February, 2018, upon:

Michael D. Textor, MO#45675
LATHROP GAGE LLP
910 E. St. Louis Street, Ste. 100
Springfield, MO 65806
Telephone: (417) 886-2000
Facsimile: (417) 886-9126
E-Mail: mtextor@lathropgage.com
**ATTORNEY FOR PLAINTIFFS**

                        */s/ Randy P. Scheer*
                        Attorney