IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| Owens Corning Sales, LLC, and | ) | |
| Owens Corning Mineral Wool, LLC, | ) | |
| | ) | |
| Plaintiffs; | ) | |
| vs. | ) | No. 6:18-cv-03038-MJW |
| | ) | |
| Area Impianti S.p.A., | ) | |
| | ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Plaintiffs Owens Corning Sales, LLC and Owens Corning Mineral Wool, LLC, pursuant to FED. R. CIV. P. 7.1 and L.R. 7.1, make the following required disclosures:

1. Owens Corning is the parent corporation of Owens Corning Sales, LLC and Owens Corning Mineral Wool, LLC. Owens Corning is publicly traded on the New York Stock Exchange as OC. There are no publicly traded corporations that own 10% or more of Owens Corning's stock.

2. Owens Corning Sales, LLC discloses the following under L.R. 7.1(b):

   - Owens Corning (Guangzhou) Fiberglas Co., Ltd.
   - Owens Corning (Nanjing) Building Materials Co., Ltd.
   - Owens Corning (Shanghai) Fiberglas Co. Ltd.

3. Owens Corning Mineral Wool, LLC has no disclosures under L.R. 7.1(b).

Respectfully Submitted,

LATHROP GAGE LLP

By: /s/ Michael D. Textor
Michael D. Textor          #45675
mtextor@lathropgage.com

Joshua B. Christensen #63759
jchristensen@lathropgage.com
910 E. St. Louis Street, Suite 100
Springfield, MO 65806
Tel. 417-886-2000; Fax 417-886-9126
*Attorneys for Plaintiffs Owens Corning Sales, LLC* and *Owens Corning Mineral Wool, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of February, 2018, I electronically filed the above document with the clerk of the court using the CM/ECF system which sent notice of filing to all counsel of record:

Randy P. Scheer
Sanders Warren Russell & Scheer LLP
1949 E. Sunshine, Suite 2-102
Springfield, MO 65804

/s/ Michael D. Textor
Attorney for Defendants