# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| OWENS CORNING SALES, LLC, a Delaware Limited Liability Company, and OWENS CORNING MINERAL WOOL, LLC, a Delaware Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> AREA IMPIANTI S.p.A., <br><br> Defendant. | Case No. 6:18-cv-3038 |

## UNOPPOSED MOTION FOR 7 DAY EXTENSION OF TIME

COME NOW Defendant Area Impianti S.p.A., by and through undersigned counsel, and respectfully moves for an order granting an extension of 7 days, up to and including March 2, 2018 to file responsive pleadings to Plaintiffs' complaint. Area Impianti S.p.A. submits the following support:

1. Defendant previously requested and the Court granted an extension of 14 days, up to and including February 23, 2018, to file responsive pleadings to Plaintiffs' complaint. (Doc. 4 and 5)

2. As noted in the prior request, Defendant Area Impianti S.p.A. and relevant documents and witnesses are located in Italy.

3. Unfortunately, there have been unforeseen delays in the transfer and communication of necessary information and additional time is needed to obtain and review the necessary documents and case information to evaluate and prepare a proper response to Plaintiffs' complaint. Plaintiffs will not be prejudiced by the requested extension.

4. Defendant's counsel has contacted Plaintiffs' counsel regarding this motion, and Plaintiff does not oppose Defendant's request for an additional 7 day extension.

5. No further extensions are anticipated.

WHEREFORE, Defendant respectfully requests this Court grant an extension of time up to and including March 2, 2018 to file its responsive pleadings and for such other and further relief the Court deems just and proper.

**SANDERS WARREN RUSSELL & SCHEER LLP**

*/s/ Randy P. Scheer*
Randy P. Scheer #37214
S. Jacob Sappington #51810
1949 E. Sunshine, Suite 2-102
Springfield, Missouri 65804
Telephone: (417) 281-5100
Facsimile: (417) 281-5199
E-mail: r.scheer@swrsllp.com
j.sappington@swrsllp.com
**ATTORNEYS FOR DEFENDANT**

## Certificate Of Service

Undersigned counsel certifies that this original document was signed by the preparing attorney and will be maintained by the filer for a period not less than the maximum allowable time to complete the appellate process.

Defendant, by and through the undersigned counsel, certifies that a true copy of the above document was served via ( ) U.S. Mail, postage prepaid, ( ) facsimile, ( ) electronic notification, (X) e-mail, and/or ( ) hand delivery, this 20th day of February, 2018, upon:

Michael D. Textor, MO#45675
Joshua B. Christensen MO#63759
LATHROP GAGE LLP
910 E. St. Louis Street, Ste. 100
Springfield, MO 65806
Telephone: (417) 886-2000
Facsimile: (417) 886-9126
E-Mail: mtextor@lathropgage.com
       jchristensen@lathropgage.com
**ATTORNEY FOR PLAINTIFFS**

                                      */s/ Randy P. Scheer*
                                      Attorney