# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| OWENS CORNING SALES, LLC, and OWENS CORNING MINERAL WOOL, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 6:18-cv-3038-MDH |
| v. | ) ) ) |
| AREA IMPIANTI S.p.A., | ) ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

Defendant Area Impianti S.p.A., by and through the undersigned, certifies that a true copy of ***Initial Rule 26 Disclosures of Defendant Area Impianti S.p.A.*** was served via ( ) U.S. Mail, postage prepaid, ( ) facsimile, (X) e-mail, and/or ( ) hand delivery, this 31st day of May, 2018 upon:


Michael D. Textor, MO#45675
Joshua B. Christensen MO#63759
LATHROP GAGE LLP
910 E. St. Louis Street, Ste. 100
Springfield, MO 65806
Telephone: (417) 886-2000
Facsimile: (417) 886-9126
E-Mail: mtextor@lathropgage.com
        jchristensen@lathropgage.com
**ATTORNEY FOR PLAINTIFFS**

SANDERS WARREN RUSSELL & SCHEER LLP


*/s/ Randy P. Scheer*
Randy P. Scheer #37214
S. Jacob Sappington #51810
1949 E. Sunshine Street, Suite 2-102
Springfield, Missouri 65804
Telephone: (417) 281-5100
Facsimile: (417) 281-5199
E-mail: r.scheer@swrsllp.com
       j.sappington@swrsllp.com
**ATTORNEYS FOR DEFENDANT AREA IMPIANTI**