IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| OWENS CORNING SALES, LLC , and OWENS CORNING MINERAL WOOL, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 6:18-cv-3038-MDH |
| v. | ) ) ) | |
| AREA IMPIANTI S.p.A., | ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT REGARDING DISCOVERY

Come now Plaintiffs and Defendant, by and through counsel, and for their joint status report regarding discovery state:

1. In accordance with the Court's Amended Scheduling Order, the parties exchanged Rule 26 Initial Disclosures on May 31, 2018.

2. A second site visit to Plaintiffs' Joplin Facility that is the subject of this lawsuit was conducted on June 12, 2018.

3. Mediation with Ron Mitchell was held June 28, 2018, but that mediation was not successful.

4. Defendant Area Impianti served Plaintiffs with written discovery (interrogatories and request for production of documents) on June 8, 2018. Plaintiffs' counsel requested additional time to provide substantive responses until July 31, 2018. Plaintiffs' counsel have since requested an additional 2 weeks, until August 15, 2018, to provide substantive responses. Counsel for the respective parties are conferring in a good faith effort to resolve objections.

1

5. Plaintiffs served written discovery on Defendant on July 9, 2018. Defendant Area Impianti (which is located in Italy) is working on responses, but Defendant's counsel anticipates additional time will be needed to respond.

6. The parties anticipate that additional time will be needed for discovery, and counsel are conferring to propose an amended scheduling order.

7. Plaintiffs' counsel have changed firm and address, as indicated below.

Respectfully Submitted,

| **SANDERS WARREN RUSSELL & SCHEER LLP** | **KUTAK ROCK LLP** |
|---|---|
| By: */s/ Randy P. Scheer* | By: */s/ Michael D. Textor* |
| Randy P. Scheer  #37214 | Michael D. Textor  #45675 |
| S. Jacob Sappington  #51810 | Joshua Christensen  #63759 |
| 1855 S. Ingram Mill Rd., Ste. 207 | 300 JQ Hammons Pkwy., Suite 800 |
| Springfield, Missouri 65804 | Springfield, Missouri 65806 |
| Telephone: (417) 281-5100 | Telephone: (816) 960-0090 |
| Facsimile: (417) 281-5199 | Mobile: (417) 766-4936 |
| E-mail: r.scheer@swrsllp.com | E-mail: michael.textor@kutakrock.com |
| j.sappington@swrsllp.com | joshua.christensen@kutakrock.com |
| **ATTORNEYS FOR DEFENDANT AREA IMPIANTI S.P.A** | **ATTORNEYS FOR PLAINTIFFS OWENS CORNING SALES, LLC AND OWENS CORNING MINERAL WOOL, LLC** |